| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF ST LOUIS | SIXTH JUDICIAL DISTRICT |

Clifton Scott Campbell,

        Plaintiff,

vs.

The City of Duluth; Officer Joshua Kneeland, *in his individual capacity*; Officer Amy Lemenager, *in her individual capacity*; Sara Schutte, *in her individual capacity*; Officer Jayson Dardis, *in his individual capacity*; Officer Anderson, *in their individual capacity*; and Former Chief Mike Tusken, *in his individual capacity*,

        Defendants.

Court File No. 69DU-CV-25-74

**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1446(d)**

---

      YOU ARE HEREBY NOTIFIED that Defendants Officers Joshua Kneeland, Amy Lemenager, and Sara Schutte have filed in the United States District Court for the District of Minnesota, Fifth Division, a Notice of Removal (pursuant to 28 U.S.C. § 1446(a)) of the above entitled action which was commenced in the District Court of St Louis County, Minnesota, from said state court to the United States District Court, District of Minnesota, Fifth Division.

      TAKE FURTHER NOTICE that a Notice of Removal Pursuant to 28 U.S.C. 1446(d) will be e-filed with the United States District Court for the District of Minnesota, on April 16, 2025.

2

| | |
|---|---|
| Dated:  April 16, 2025 | s/Stephanie A. Angolkar<br>Stephanie A. Angolkar, #388336<br>Ashley M. Ramstad, #402446<br>Carlos B. Soto-Quezada, #505571<br>IVERSON REUVERS<br>9321 Ensign Avenue South<br>Bloomington, MN  55438<br>(952) 548-7200<br>stephanie@iversonlaw.com<br>ashley@iversonlaw.com<br>carlos@iversonlaw.com<br><br>*Attorneys for Officers Joshua Kneeland, Amy Lemenager, and Sara Schutte* |