UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Clifton Scott Campbell, | Court File No. 69DU-CV-25-74 |
| Plaintiff, | |
| vs. | |
| The City of Duluth; Officer Joshua Kneeland, *in his individual capacity*; Officer Amy Lemenager, *in her individual capacity*; Sara Schutte, *in her individual capacity*; Officer Jayson Dardis, *in his individual capacity*; Officer Anderson, *in their individual capacity*; and Former Chief Mike Tusken, *in his individual capacity*, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I caused the following documents:

> CIVIL COVER SHEET
> NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446(a) and (d)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

> N/A

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be served through TextBehind and e-mail, to the following non-ECF participants:

<u>Clifton Scott Campbell</u>
Minnesota Correctional Facility - Faribault
1101 Linden Lane
Faribault, Minnesota 55021
Telephone: 1-507-334-0700

<u>Elizabeth Tabor</u>
etabor@duluthmn.gov

|  |  |
|---|---|
| Dated:  April 16, 2025 | s/Stephanie A. Angolkar |

Stephanie A. Angolkar, #388336
Ashley M. Ramstad, #402446
Carlos B. Soto-Quezada, #505571
IVERSON REUVERS
9321 Ensign Avenue South
Bloomington, MN  55438
(952) 548-7200
stephanie@iversonlaw.com
ashley@iversonlaw.com
carlos@iversonlaw.com

*Attorneys for Officers Joshua Kneeland, Amy Lemenager, and Sara Schutte*